ACCEPTED
03-15-00128-CV
6402212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 11:42:30 AM
JEFFREY D. KYLE
CLERK

NO. 03-15-00128-CV

IN THE COURT OF APPEALS

FOR THE

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/7/2015 11:42:30 AM
JEFFREY D. KYLE
Clerk

THIRD COURT OF APPEALS DISTRICT

AT AUSTIN, TEXAS

Tedde R. Blunck

Appellant

V.

Cathy A. Blunck

Appellee

From the 22nd Judicial District Court
of Hays County, Texas

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE COURT OF APPEALS FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS:

Pursuant to Rule 10.5(b) and Rule 38.6(d) of the Texas Rules of Appellate Procedure, Cathy A. Blunck, the Appellee in these proceedings, respectfully requests that this Court grant an extension of the deadline by which she is required to file her

Page 1

brief in this case.

*Matters required by Rule 10.5(b) of the Texas Rules of Appellate Procedure*

In compliance with Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure, Appellee's counsel advises this Court of the following matters:

(A)   The original deadline for the filing of Appellee's brief as established by Rule 38.6(b) was 9 July 2015. On 6 July 2015, the Court extended that deadline to 10 August 2015.

(B)   The length of the extension sought is 18 days.

(C)   The facts reasonably relied on to reasonably explain the need for an extension - (see below)

(D)   The number of previous extensions granted regarding the item in question - One

*Explanation of Need for Extension of Time to File Notice of Appeal*

Pursuant to Rule 38.6(d) of the Texas Rules of Appellate Procedure, this Court has previously extended the deadline for the filing of the Appellee's brief in this case. The current deadline is 10 August 2015. As counsel advised this Court in his prior motion, the issues addressed by Appellant is his brief dictate that Appellee provide the Court with a comprehensive analysis of the relevant case law and evidence regarding the issues raised by Appellant. Counsel had hoped to be able to

complete Appellee's brief by 10 August, but has been unable to do so due to other cases and commitments to the Family Law Section of the State Bar. Accordingly, Appellee will require additional time to prepare her responsive brief and is requesting an extension until 28 August 2015, in order to allow for sufficient time to complete Appellee's responsive brief.

***Appellant does not object to the requested extension***

Pursuant to 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned counsel advises this Court that, prior to making this request, he has conferred with Appellant in this matter and that Appellant has indicated that he does not oppose the granting of this request for an extension of time.

WHEREFORE, ABOVE PREMISES CONSIDERED, the undersigned attorney, individually and on behalf of the Appellee in this case, respectfully prays that upon consideration of the matters set forth herein, this Court extend the deadline for filing of Appellee's brief to 28 August 2015.

Respectfully Submitted,

LAW OFFICE OF KARL E. HAYS, PLLC
2101 South IH35, Suite 210
Austin, Texas 78741
512-476-1911
512-476-1904 facsimile
service@haysfamilylaw.com

By:_____/s/ Karl E. Hays_____
        Karl E. Hays
        State Bar Number 09307050

ATTORNEY FOR CATHY A. BLUNCK

# VERIFICATION

STATE OF TEXAS      §
COUNTY OF TRAVIS  §

Before me, the undersigned notary public, on this day personally appeared Karl E. Hays, who upon oath said:

1.      My name is Karl E. Hays. I am over the age of eighteen years and do not suffer from any legal or mental disability that would render me incapable of testifying to the matters set forth herein. I have personal knowledge of all facts stated in this affidavit, which are true and correct.

2.      I am the attorney of record for Cathy A. Blunck, who is the Appellee in this cause. I have read the foregoing *Unopposed Motion for Extension of Time to File Appellee's Brief,* including all of the factual statements contained in it. Each of the factual statements is within my personal knowledge and is true and correct.

_____
Karl E. Hays

SWORN TO and SUBSCRIBED before me by Karl E. Hays, on the 7th day of August 2015.

_____
Notary Public in and for the State of Texas

TRACY TODD
Notary Public, State of Texas
My Commission Expires
September 09, 2017

## CERTIFICATE OF CONFERENCE

Pursuant to Rule 10.1(a)(5) of the Texas Rules of Appellate Procedure, the undersigned attorney hereby certifies that he has conferred with Appellant regarding the substance of this motion and that Appellant has indicated that he does not oppose the granting of the requested extension of time.

_____/s/ Karl E. Hays_____
Karl E. Hays

## CERTIFICATE OF SERVICE

In compliance with Rule 9.5(a), 9.5(d), and 9.5(e) of the Texas Rules of Appellate Procedure, the undersigned attorney certifies that a true and correct copy of the foregoing motion for extension of time has been served upon the below-named individual, in the manner noted below, as prescribed by Rule 9.5(b) of the Texas Rules of Appellate Procedure on this 7th day of August 2015.

_____/s/ Karl E. Hays_____
Karl E. Hays

**Via E-File Transmission**
Tedde R. Blunck
502 Quitman Street
P.O. Box 1152
Pittsburg, Texas 75686
tblunck@yahoo.com